# Rancaño
# &Rancaño

A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
Fax (209) 526-1101
Telephone (209) 549-2000

David C. Rancaño, SBN 121000
Violeta Diaz, SBN 296505
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

—◆—

| | |
|---|---|
| **MARIA SERPA;** | **CASE NO. 1:14-CV-01452---GSA** |
| **PLAINTIFF,** | |
| **V.** | **ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT THE MANDATORY SCHEDULING CONFERENCE ON NOVEMBER 25, 2014** |
| **DOLLAR TREE STORES, INC.; AND DOES 1 THROUGH 100, INCLUSIVE;** | |
| **DEFENDANTS** | |

     Violeta Diaz, counsel for plaintiff Maria Serpa, respectfully requests to appear telephonically at the Mandatory Scheduling Conference scheduled for November 25, 2014 at 10:00 a.m. in Courtroom 10 of this court, the Honorable Gary S. Austin presiding.  Mrs. Diaz' drive to the court would require approximately 3 1/2 hours of travel time roundtrip, assuming there is no traffic, and travel of approximately 208 miles roundtrip.  Mrs. Diaz would like to avoid unnecessary costs and expenses to plaintiff, therefore, a telephonic appearance is respectfully requested and would be deeply appreciated.

///////////////

///////////////

Rancaño
& Rancaño
A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-1-

REQUEST TO APPEAR TELEPHONICALLY/ CASE NO. 1:14-CV-01452---GSA

Dated: November 20, 2014                    Respectfully Submitted,
                                            **RANCAÑO & RANCAÑO**


                                             /s/Violeta Diaz
                                            David C. Rancaño
                                            Violeta Diaz
                                            Attorneys for Plaintiff Maria Serpa

                            **ORDER**

      The request of Violeta Diaz to make a telephonic appearance at the Mandatory Scheduling

Conference scheduled on November 25, 2014 at 10:00 a.m. in Courtroom 10 of this court, the

Honorable Gary S. Austin presiding, is GRANTED.   Any party appearing by phone shall call

chambers at (559) 499-5960 at the time of the hearing.  Should defendant also wish to appear by

phone, the parties shall coordinate a one-line conference call prior to calling chambers.



IT IS SO ORDERED.

   Dated:   **November 20, 2014**              **_____ /s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

Rancaño
&Rancaño
**A Professional Law Corporation**
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000

-2-

K:\GSA\To_Be_Signed\14cv1452.Serpa.Order to Appear by Phone.am.doc