# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SERPA,<br><br>                Plaintiff,<br><br>        vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>                Defendants. | Case No. 1:14-cv-01452-GSA<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>(ECF No. 17) |

On August 21, 2015, the parties jointly submitted a Stipulation of Dismissal to the Court. (ECF No. 17.) Accordingly, the instant matter is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:   **August 25, 2015**                  **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

1